UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID DISNEY and
KATHLEEN L. DISNEY

VS. C.A. NO.: 05- CA 05 511S

BETHANY THORTON,
LAUREA B. THORTON,
TODD R. SCHRAM and
URS MIDWEST, INC. d/b/a
URS AUTO

## COMPLAINT

## JURISDICTION

1. The plaintiff, David and Kathleen L. Disney, are husband and wife and reside in the Town of Glocester, State of Rhode Island. The defendants, Bethany Thorton and Laurea B. Thorton, are residents of the City of Easton, State of Pennsylvania. The defendant, Todd R. Schram, is a resident of the City of Newark, New Jersey. The defendant, URS Midwest, Inc. d/b/a URS Auto is a foreign corporation with a principal place of business located in the City of Romulus, State of Michigan.

2. This Complaint is filed pursuant to § 28 USC § 1332, in that there is diversity of citizenship between the parties and the amount in controversy is in excess of $75,000.00, excluding interest and cost.

## COUNT I

## STATEMENT OF CLAIM

3. On or about December 17, 2003, the plaintiff, David Disney, was operating a 1994 Buick owned by his wife, Kathleen L. Disney, in a northbound direction on Route 295 in the

Town of Johnston, State of Rhode Island. The plaintiff, David Disney, was at all times in the exercise of due care.

4. At the same time and location, Bethany Thorton, negligently operated a motor vehicle owned by co-defendant, Laurea B. Thorton, so as to cause said vehicle to lose control and ultimately strike the motor vehicle operated by the plaintiff, David Disney.

5. At the same time and location, the defendant, Todd R. Schram, negligently operated a tractor-trailer owned by defendant, URS Midwest, Inc. The defendant, Todd R. Schram, negligently failed to take the precautionary measures when he knew or should have known that the vehicle negligently operated by Bethany Thorton had collided with the vehicle operated by the plaintiff, David Disney. As a result of the negligence of defendant, Todd R. Schram, the tractor-trailer owned by defendant URS Midwest, Inc. was caused to strike the car in which the plaintiff was located.

6. Due to the negligence of all of the defendants, the plaintiff, David Disney, sustained permanent injury, was caused to incur medical expenses, lose wages and experience pain and suffering.

## COUNT II

## CONSORTIUM CLAIM

7. All of the preceding paragraphs in this Complaint are incorporated herein by reference.

8. The plaintiff, Kathleen L. Disney, is the spouse of the plaintiff, David Disney. As a result of the negligence of the defendants, the plaintiff, Kathleen L. Disney, was caused to lose the love, companionship and affection of her husband during the extended period of time during

which he convalesced as a result of the injuries he sustained. The plaintiff is entitled to damages as a result of her loss of consortium caused by and through the defendant's negligence.

WHEREFORE, the plaintiffs, David Disney and Kathleen L. Disney, seek judgment against the defendants, Bethany Thorton, Laurea B. Thorton, Todd R. Schram and URS Midwest, Inc. d/b/a URS Auto, in the amount of $600,000.00, plus interest and costs.

DAVID DISNEY and KATHLEEN L. DISNEY,
BY THEIR ATTORNEY,

JOHN R. MAHONEY, ESQ. - #1940
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353 – Telephone
(401) 331-7373 – Fax

THE PLAINTIFFS REQUEST A TRIAL BY JURY.

DATED: December 7, 2005