AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

DAVID DISNEY and KATHLEEN L. DISNEY

SCANNED

**SUMMONS IN A CIVIL CASE**

V.

BETHANY THORTON, LAUREA B. THORTON, TODD R. SCHRAM and URS Midwest, Inc. d/b/a URS Auto

CASE NUMBER:

CA 05 511S

TO: (Name and address of Defendant)

RHODE ISLAND REGISTRY OF MOTOR VEHICLES
Main Street
Pawtucket, RI

RE: Todd R. Schram
1849 RTE 88N
Ne vark NY 14513

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John R. Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street, 2nd Floor
Providence, RI 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 12/7/05

(By) DEPUTY CLERK

(2)

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 12-8-05 |
|---|---|
| NAME OF SERVER (PRINT) Alfred J. Harris | TITLE Alfred J. Harris Authorized Federal Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: __________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: __________

☐ Returned unexecuted: __________

☒ Other (specify): By serving the Rhode Island Registar of Motor Vehicles

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| Fax $5.00 | 35.00 | 40.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-8-05
Date

[signature]
*Signature of Server*

ALFRED J. HARRIS
CONSTABLE
P.O. BOX 1107
PAWTUCKET, RI 02862
*Address of Server*

L. Cirelli Executive Assistant

2005 DEC -9 A 11:13
DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT
FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

DAVID DISNEY and KATHLEEN L. DISNEY

**SUMMONS IN A CIVIL CASE**

V.

BETHANY THORTON, LAUREA B. THORTON, TODD R. SCHRAM and URS Midwest, Inc. d/b/a URS Auto

CASE NUMBER:

CA 05 511S

TO: (Name and address of Defendant)

RHODE ISLAND REGISTRY OF MOTOR VEHICLES
Main Street
Pawtucket, RI

RE: URS Midwest, Inc. d/b/a URS Auto
10701 Middlebelt Road
Romulus, MI 48174

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John R. Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street, 2nd Floor
Providence, RI 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 12/7/05

(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 12-8-05 |
|---|---|
| NAME OF SERVER (PRINT) Alfred J. Harris Authorized Federal Process Server | TITLE Alfred J. Harris Authorized Federal Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): By serving the Rhode Island Registrar of Motor Vehicles

## STATEMENT OF SERVICE FEES

| TRAVEL 5.00 | SERVICES 35.00 | TOTAL 40.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-8-05 (Date) [signature] (*Signature of Server*)

ALFRED J. HARRIS
CONSTABLE
P.O. BOX 1107
PAWTUCKET, RI 02862

*Address of Server*

Alfred J. Harris
Authorized Federal Process Server

L. Cirelli Executive Assistant

FILED 2005 DEC -9 A 11:13 DISTRICT COURT DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ______________________

DAVID DISNEY and KATHLEEN L. DISNEY

**SUMMONS IN A CIVIL CASE**

V.

BETHANY THORTON, LAUREA B. THORTON, TODD R. SCHRAM and URS Midwest, Inc. d/b/a URS Auto

CASE NUMBER:

[illegible] 05 511 S

TO: (Name and address of Defendant)

Rhode Island Registry of Motor Vehicles
Main Street
Pawtucket, RI

RE: LAUREA B. THORTON
3620 Timberlane Drive
Easton, PA 18045

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John R. Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street, 2nd Floor
Providence, RI 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 12/7/05

(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 12-8-05 |
|---|---|
| NAME OF SERVER (PRINT) Alfred J. Harris Authorized Federal Process Server | TITLE Alfred J. Harris Authorized Federal Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ Other (specify): By serving the Rhode Island Registry of Motor Vehicles

## STATEMENT OF SERVICE FEES

| ~~TRAVEL~~ Fee 5.00 | SERVICES 35.00 | TOTAL 40.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-8-05 (Date) [signature] (*Signature of Server*)

ALFRED J. HARRIS
CONSTABLE
P.O. BOX 1107
PAWTUCKET, RI 02862

*Address of Server*

Alfred J. Harris
Authorized Federal Process Server

Y. L. Cicchi Executive Assistant

2005 DEC -9 A

DISTRICT OF RHODE ISLAND
DISTRICT COURT

FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

DAVID DISNEY and KATHLEEN L. DISNEY

**SUMMONS IN A CIVIL CASE**

V.

BETHANY THORTON, LAUREA B. THORTON, TODD R. SCHRAM and URS Midwest, Inc. d/b/a URS Auto

CASE NUMBER: CA 05 511S

TO: (Name and address of Defendant)

RHODE ISLAND REGISTRY OF MOTOR VEHICLES
Main Street
Pawtucket, RI

RE: Bethany Thorton
3620 Timberlane Drive
Easton, PA 18045

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John R. Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street, 2nd Floor
Providence, RI 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 12/7/05

(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 12-8-05 |
|---|---|
| NAME OF SERVER (PRINT) Alfred J. Harris | TITLE Alfred J. Harris Authorized Federal Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By serving the Rhode Island Registry of Motor Vehicles

## STATEMENT OF SERVICE FEES

| ~~TRAVEL~~ Fee 5.00 | SERVICES 35.00 | TOTAL 40.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-8-05
Date

[signature]
*Signature of Server*

ALFRED J. HARRIS
CONSTABLE
P.O. BOX 1107
PAWTUCKET, RI 02862
*Address of Server*

Alfred J. Harris
Authorized Federal Process Server

DISTRICT OF RHODE ISLAND
DISTRICT COURT
2005 DEC -9 A 11:13

L. Cirelli Executive Assistant

FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.