UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID DISNEY and<br>KATHLEEN L. DISNEY | : | |
| v | : | C.A. No. 05-511S |
| BETHANY THORNTON,<br>LAUREA B. THORNTON,<br>TODD R. SCHRAM and<br>URS MIDWEST, INC., d/b/a<br>URS AUTO | : | |

## ANSWER

Now come defendants TODD R. SCHRAM and URS MIDWEST, INC., dba URS AUTO and hereby makes Answer to plaintiffs' Complaint, as follows:

1. Defendants admit to residency of TODD R. SCHRAM and URS MIDWEST, INC., but neither admits nor denies remaining allegations outlined therein.

2. Defendants neither admit nor deny but leave plaintiffs to their proof thereof.

3. Defendants neither admit not deny but leave plaintiffs to their proof thereof.

4. Defendants neither admit nor deny but leave plaintiffs to their proof thereof.

5. Deny.

6. Defendants deny any negligence and neither admits nor denies remaining allegations outlined therein and leaves plaintiffs to their proof thereof.

7. No response required.

8. Defendant neither admit nor deny and leave plaintiffs to their proof thereof.

## Affirmative Defenses

### FIRST AFFIRMATIVE DEFENSE

This Complaint fails to state a claim upon which relief may be granted in that it fails to allege a legally sufficient factual basis for a judgment against these defendants.

### SECOND AFFIRMATIVE DEFENSE

At all times material to matters alleged in the Complaint, these defendants were in the exercise of due care and had in good faith fulfilled any and all duties owed to the plaintiffs in this action, if, in fact, duties were owed.

### THIRD AFFIRMATIVE DEFENSE

These defendants owned no duty to plaintiffs, therefore, no actions of these defendants could constitute negligence.

### FOURTH AFFIRMATIVE DEFENSE

The negligent acts and failures to act of parties other than these defendants was the sole proximate cause of the alleged injuries or, in the alternative, substantially contributed to same.

### FIFTH AFFIRMATIVE DEFENSE

These defendants allege that plaintiff assumed the risk of any injury or damage alleged in his Complaint.

WHEREFORE, these defendants request this Honorable Court deny and dismiss plaintiffs' Complaint against them, with prejudice, costs and fees to these defendants.

Defendants
By their attorneys,

Kenneth A. Schreiber, #3571
SCHREIBER & SCHREIBER
37 Sockanosset Cross Road
Cranston, RI 02920
401-781-2000

## CROSS-CLAIM

Now come the defendants, TODD R. SCHRAM and URS MIDWEST, INC., and set forth the following as and for its cross-claim against co-defendants, BETHANY THORTON and LAUREA B. THORTON:

1. These defendants allege that the sole cause of the plaintiffs' accident and injuries are due to the negligent conduct of co-defendants, BETHANY THORTON and LAUREA B. THORTON.

2. In the event that judgment is rendered against these defendants, TODD R. SCHRAM and/or URS MIDWEST, INC., it prays that the Court direct said co-defendants BETHANY THORTON and LAUREA B. THORTON to indemnify and hold these defendants harmless for the entire amount of said judgment as any injuries suffered by plaintiffs were soley caused by their acts or omissions and/or the negligence of co-defendants BETHANY THORTON and LAUREA B.THORTON.

3. These defendants allege that they suffered the sum of approximately ONE HUNDRED THOUSAND ($100,000.00) DOLLARS in property damage and other incidental expenses relating to this accident and allege that said sums were expended as the result of the negligence of co-defendants BETHANY THORTON and LAUREA B. THORTON.

WHEREFORE defendants, URS MIDWEST, INC. and TODD R. SCHRAM hereby demand judgment against co-defendants BETHANY THORTON and LAUREA B. THORTON, in the amount of ONE HUNDRED THOUSAND ($100,000.00) DOLLARS, plus interest and costs.

Defendants
URS MIDWEST, INC. and
TODD R. SCHRAM
By their attorneys,

Kenneth A. Schreiber, #3571
SCHREIBER & SCHREIBER
37 Sockanosset Cross Road
Cranston, RI 02920
401-781-2000

## CERTIFICATION

I hereby certify that I caused a true copy of the within Answer and Cross-Claim to be mailed, postage prepaid, to John Mahoney, Esq., 155 South Main Street, 2nd Floor, Providence, RI 02903 on this 27th day of December, 2005.

[signature]