**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DAVID DISNEY and KATHLEEN L. DISNEY** | ) | |
| | ) | |
| **vs.** | ) | **C.A. NO.: 05-511S** |
| | ) | |
| **BETHANY THORNTON, LAUREA B. THORNTON, TODD R. SCHRAM and URS MIDWEST, INC. d/b/a URS AUTO** | ) | |

**DEFENDANTS', BETHANY THORNTON AND LAUREA B. THORNTON, ANSWER TO COMPLAINT AND CROSS-CLAIM**

1. Defendants, Bethany Thornton and Laurea B. Thornton, admit that they are residents of the city of Easton, state of Pennsylvania. The remaining allegations are neither admitted nor denied as defendants are without sufficient information to form a belief as to the truth of the allegations contained in paragraph one of the plaintiffs' Complaint.

2. Deny.

**COUNT I**

3. Deny.

4. Deny.

5. Deny.

6. Deny.

**COUNT II**

7. Defendants repeat their answers to paragraphs one through six as if expressly set forth herein.

8. Deny.

WHEREFORE defendants, Bethany Thornton and Laurea B. Thornton, seek judgment against plaintiffs plus costs and interests.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The injuries and damage alleged by the plaintiff were caused, in part, by the plaintiff's own negligence. The recovery of the plaintiff should be diminished accordingly.

### SECOND DEFENSE

And further answering, the defendant says that at the time of the alleged accident, the plaintiff was guilty of a violation of law which contributed to the alleged accident.

### THIRD DEFENSE

And further answering, the defendant says that the person who caused the alleged damages to the plaintiff was not a person for whose conduct this defendant was responsible.

**DEFENDANTS CLAIM A TRIAL BY JURY.**

## DEFENDANTS', BETHANY THORNTON AND LAUREA B. THORNTON, CROSS CLAIM AGAINST CO-DEFENDANTS, TODD R. SCHRAM AND URS MIDWEST, INC. d/b/a URS AUTO

1. Defendants, Bethany Thornton and Laurea B. Thornton, have been served with a Complaint filed by the plaintiff alleging that these defendants negligently caused the motor vehicle owned and operated by Bethany Thornton to collide with plaintiff's motor vehicle so as to cause injury to the plaintiff.

2. While these defendants have denied all allegations of negligence made against them, if contrary to these denials they are found liable to the plaintiff, then said liability would have been brought about by the negligence of co-defendants.

3. Therefore, these defendants are entitled to contribution and/or indemnity from co-defendants, Todd R. Schram and URS Midwest, Inc, d/b/a URS Auto.

Defendants,
Bethany Thornton and Laurea B. Thornton
By Their Attorney,

Kevin J. Flannery, Esq.,
LAW OFFICES OF JAMES V. MURRAY
10 Amica Center Boulevard
Building 10, 1st Floor
Lincoln, RI 02865
Phone: (401) 861-2840
Fax: (401) 272-1736

**CERTIFICATION**

I hereby certify that on the 6th day of January, 2006, I mailed a copy of the within document to:

John R. Mahoney, Esq.
ASQUITH & MAHONEY, LLP
155 South Main Street, 2nd. Floor
Providence, RI 02903

05RI0208/CRD
Jan 4, 2006/92320