UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **DAVID DISNEY and KATHLEEN L. DISNEY** | ) | |
| | ) | |
| **vs.** | ) | **C.A. NO.: 05-511S** |
| | ) | |
| **BETHANY THORNTON, LAUREA B. THORNTON, TODD R. SCHRAM and URS MIDWEST, INC. d/b/a URS AUTO** | ) | |

## ENTRY OF APPEARANCE

I, Kevin J. Flannery, hereby enter my appearance on behalf of Defendants, **Bethany Thornton and Laurea B. Thornton**. Defendants hereby claim a trial by jury. Kevin J. Flannery is designated as trial counsel.

Defendants,
Bethany Thornton and Laurea B. Thornton
By Their Attorney,

Kevin J. Flannery, Esq.,
LAW OFFICES OF JAMES V. MURRAY
10 Amica Center Boulevard
Building 10, 1st floor
Lincoln, RI 02865
Phone: (401) 861-2840
Fax: (401) 272-1736

**CERTIFICATION**

I hereby certify that on the 6th day of January, 2006, I mailed a copy of the within document to:

John R. Mahoney, Esq.
ASQUITH & MAHONEY, LLP
155 South Main Street, 2nd. Floor
Providence, RI 02903

Colette [signature]

05RI0208/CRD
Jan 5, 2006/92326