**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DAVID DISNEY and KATHLEEN L. DISNEY** | ) | |
| | ) | |
| **vs.** | ) | **C.A. NO.: 05-511S** |
| | ) | |
| **BETHANY THORNTON, LAUREA B. THORNTON, TODD R. SCHRAM and URS MIDWEST, INC. d/b/a URS AUTO** | ) | |

**BETHANY THORNTON AND LAUREA B. THORNTON'S ANSWER TO CROSS-CLAIM OF TODD R. SCHRAM AND URS MIDWEST, INC.**

1. Deny.

2. Deny.

3. Deny.

WHEREFORE, Defendants demand judgment against the Co-Defendants plus costs and interests.

**DEFENDANTS CLAIM A TRIAL BY JURY.**

Defendants,
Bethany Thornton and Laurea B. Thornton
By Their Attorney,

Kevin J. Flannery, Esq.,
LAW OFFICES OF JAMES V. MURRAY
10 Amica Center Boulevard
Building 10, 1st Floor
Lincoln, RI 02865
Phone: (401) 861-2840
Fax: (401) 272-1736

**CERTIFICATION**

I hereby certify that on the 23rd day of January, 2006, I mailed a copy of the within document to:

John R. Mahoney, Esq.
ASQUITH & MAHONEY, LLP
155 South Main Street, 2nd. Floor
Providence, RI 02903

Kenneth A. Schreiber, Esq.
Schreiber & Schreiber
37 Sockanosset Cross Road
Cranston, RI 02920

Colette R. Dowen

05RI0208/CRD
Jan 20, 2006/92613