UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID DISNEY and
KATHLEEN L. DISNEY

VS. C.A. NO.: 05-5115

BETHANY THORTON,
LAUREA B. THORTON,
TODD R. SCHRAM and
URS MIDWEST, INC. d/b/a
URS AUTO

**AFFIDAVIT**

I, JOHN R. MAHONEY, ATTORNEY, attest to the fact that Ms. Laurea B. Thorton, Bethany Thorton, Todd R. Schram and URS Midwest, Inc. d/b/a URS Auto were all served the Summons and Complaint by means of Certified Mail, Return Receipt Requested. Attached are copies of the Certified Return Receipt cards.

John R Mahoney

JOHN R. MAHONEY, ESQ. - #1940
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353 – Telephone
(401) 331-7373 – Fax

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

SUBSCRIBED AND SWORN TO BEFORE ME THIS 23rd DAY OF JANUARY, 2006.

Nancy L Phillips
NOTARY PUBLIC
MY COMMISSION EXPIRES: 11-29-09

CERTIFICATION

I hereby certify that on the 23rd day of January, 2006 I mailed a true copy of the within to Kevin J. Flannery, Esq., Law Offices of James V. Murray, 10 Amica Center Boulevard, Building 10, 1st Floor, Lincoln, RI 02865 and to Kenneth A. Schreiber, Esq., Schreiber & Schreiber, 37 Sockanosset Cross Road, Cranston, RI 02920.

Lisa Ann Soucy

7001 0320 0000 0842 5880

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms Bethany Thorton
3620 Timberlane Drive
Easton PA 18045

RE DISNEY

COMPLETE THIS SECTION ON DELIVERY

A. Received by (*Please Print Clearly*)

B. Date of Delivery 12/10/05

C. Signature X [signature] ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Copy from service label*) 7001 0320 0000 0842 5880

PS Form 3811, July 1999 Domestic Return Receipt 102595-99-M-1789

7001 0320 0000 0842 6047

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MS LAUREA B THORTON
3620 Timberlane Drive
Easton PA 18045

RE DISNEY

COMPLETE THIS SECTION ON DELIVERY

A. Received by (*Please Print Clearly*)

B. Date of Delivery 12/10/05

C. Signature X [signature] ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Copy from service label*) 7001 0320 0000 0842 6047

PS Form 3811, July 1999 Domestic Return Receipt 102595-99-M-1789

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Todd R Schram
1849 RTE 88N
Newark NY 14513

RE DISNEY

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) B. Date of Delivery

C. Signature
X ☐ Agent ☒ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered [redacted]
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label) 7001 0320 0000 0842 5606

PS Form 3811, July 1999 Domestic Return Receipt 102595-99-M-1789

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

URS MIDWEST INC d/b/a
URS AUTO
10701 Middlebelt Road
Romulus MI 48174

RE: DISNEY

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) B. Date of Delivery 12/13/05

C. Signature
X ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label) 7001 0320 0000 0842 5842

PS Form 3811, July 1999 Domestic Return Receipt 102595-99-M-1789