**STATE OF RHODE ISLAND**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES DISTRICT COURT**

RECEIVED

JAN 31 2006

Property of U.S. District Court
District of Rhode Island

**DAVID DISNEY and KATHLEEN L. DISNEY** )
)
**vs.** ) **C.A. NO.:** 05-511S
)
**BETHANY THORNTON, LAUREA B. THORNTON, TODD R. SCHRAM and URS MIDWEST, INC. d/b/a URS AUTO** )

**STIPULATION**

The Defendants, **Bethany Thornton and Laurea B. Thornton**, shall have up to and including **January 16, 2006**, within which to file an Answer to the Complaint in the above-entitled matter.

John R. Mahoney, Esq., #1940
ASQUITH & MAHONEY, LLP
155 South Main Street, 2nd. Floor
Providence, RI 02903
(401) 331-5353

Kevin J. Flannery, Esq., #4025
LAW OFFICES OF JAMES V. MURRAY
10 Amica Center Boulevard
Lincoln, RI 02865
Phone: (401) 861-2840
Fax: (401) 272-1736