UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID DISNEY and<br>KATHLEEN L. DISNEY | : | |
| v | : | C.A. No. 05-511S |
| BETHANY THORNTON,<br>LAUREA B. THORNTON,<br>TODD R. SCHRAM and<br>URS MIDWEST, INC., d/b/a<br>URS AUTO | : | |

DEFENDANTS' TODD R. SCHRAM AND URS MIDWEST, INC.
ANSWER TO CROSS-CLAIM OF CO-DEFENDANTS THORNTON

Now come co-defendants TODD R. SCHRAM and URS MIDWEST, INC., dba URS AUTO and hereby makes Answer to co-defendants' Cross Claim, as follows:

1. Defendants neither admit nor deny but leave co-defendants to their proof thereof.

2. Deny.

3. Deny.

Affirmative Defenses

FIRST AFFIRMATIVE DEFENSE

At all times material to matters alleged in the Complaint, these co-defendants were in the exercise of due care and had in good faith fulfilled any and all duties owed to the plaintiffs in this action, if, in fact, duties were owed.

SECOND AFFIRMATIVE DEFENSE

These co-defendants owned no duty to the other co-defendants, therefore, no actions of these co-defendants could constitute negligence.

THIRD AFFIRMATIVE DEFENSE

The negligent acts and failures to act of parties other than these co-defendants was the sole proximate cause of the alleged injuries or, in the alternative, substantially contributed to same.

FOURTH AFFIRMATIVE DEFENSE

These co-defendants state that the person who caused the alleged damages was not a person for whose conduct these co-defendants were responsible.

WHEREFORE, these co-defendants request this Honorable Court deny and dismiss the Cross- Complaint against them, with prejudice, costs and fees to these co-defendants.

Co-Defendants
By their attorneys,

Kenneth A. Schreiber, #3571
SCHREIBER & SCHREIBER
37 Sockanosset Cross Road
Cranston, RI 02920
401-781-2000

CERTIFICATION

I hereby certify that I caused a true copy of the within Answer to Cross-Claim to be mailed, postage prepaid, to Kevin J. Flannery, Esq., LAW OFFICES OF JAMES V. MUARRY, 10 Amica Center Blvd., Building #10, 1st Floord, Linoln, RI 02864 andJohn Mahoney, Esq., 155 South Main Street, 2nd Floor, Providence, RI 02903 on this 30th day of January, 2006.