UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID DISNEY and
KATHLEEN L. DISNEY

v C.A. No. 05-511-S

BETHANY THORTON,
LAUREA B. THORTON,
TODD R. SCHRAM and
URS MIDWEST, INC., d/b/a
URS AUTO

CO-DEFENDANT'S, TODD R. SCHRAM and URS MIDWEST, INC.,
MOTION TO ALLOW COUNTER-CLAIM

Now come the co-defendants, TODD R. SCHRAM and URS MIDWEST, INC.,in the above-captioned matter and hereby move for an Order allowing Co-Defendants' Counter-Claim in the manner and form attached hereto granting the following:

1. That the following Counter-Claim be allowed as this Motion is unopposed by all other parties. In support of said request, Co-Defendants attaches supporting Memorandum.

COUNTER-CLAIM

Now come the co-defendants, TODD R. SCHRAM and URS MIDWEST, INC., and set forth the following as and for its counter-claim against plaintiffs, DAVID DISNEY and KATHLEEN L. DISNEY:

COUNT I – PROPERTY DAMAGE

1. These co-defendants allege that the actual and proximate cause of the plaintiffs' accident and alleged injuries are due to the negligent conduct

of co-defendants, BETHANY THORTON and LAUREA B. THORTON and plaintiffs DAVID DISNEY and KATHLEEN L. DISNEY.

2. These co-defendants allege that they suffered the sum of approximately ONE HUNDRED THOUSAND ($100,000.00) DOLLARS in property damage and other incidental expenses relating to this accident and allege that said sums were expended as the result of the negligence of co-defendants BETHANY THORTON and LAUREA B. THORTON and plaintiffs DAVID DISNEY and KATHLEEN L. DISNEY.

WHEREFORE co-defendants, URS MIDWEST, INC. and TODD R. SCHRAM hereby demand judgment against plaintiffs DAVID DISNEY and KATHLEEN L. DISNEY, in the amount of ONE HUNDRED THOUSAND ($100,000.00) DOLLARS, plus interest and costs.

COUNT II – LOSS OF BUSINESS INCOME

1. These co-defendants allege that the actual and proximate cause of the plaintiffs' accident and alleged injuries are due to the negligent conduct of co-defendants, BETHANY THORTON and LAUREA B. THORTON and plaintiffs, DAVID DISNEY and KATHLEEN L. DISNEY.

2. These co-defendants allege that they suffered a loss to business income and other incidental expenses relating to this accident and allege that said sums were expended as the result of the negligence of co-defendants BETHANY THORTON and LAUREA B. THORTON and plaintiffs DAVID DISNEY and KATHLEEN L. DISNEY.

WHEREFORE defendants, URS MIDWEST, INC. and TODD R. SCHRAM hereby demand judgment against plaintiffs DAVID DISNEY and KATHLEEN L. DISNEY, in an amount, when coupled with Count I, of ONE HUNDRED THOUSAND ($100,000.00) DOLLARS, plus interest and costs.

COUNT III – INDEMNITY

1. These co-defendants allege that the actual and proximate cause of the plaintiffs' accident and alleged injuries are due to the negligent conduct of co-defendants, BETHANY THORTON and LAUREA B. THORTON and plaintiffs, DAVID DISNEY and KATHLEEN L. DISNEY.

2. In the event judgment is rendered against these co-defendants, TODD R. SCHRAM and/or URS MIDWEST, INC., it prays that the Court direct said plaintiffs DAVID DISNEY and KATHLEEN L. DISNEY to indemnify and hold these defendants harmless for the entire amount of said judgment as any alleged injuries suffered by co-defendants BETHANY THORTON and LAUREA B. THORTON were caused by their acts or omissions and/or the negligence of co-defendants BETHANY THORTON and LAUREA B. THORTON. Alternatively, in the event that judgment is rendered against these co-defendants after a finding of comparative negligence, plaintiffs shall pay co-defendants SCHRAM and URS their pro rata share of said judgment.

WHEREFORE co-defendants, URS MIDWEST, INC. and TODD R. SCHRAM hereby demand judgment against plaintiffs DAVID DISNEY and KATHLEEN L. DISNEY, in the amount sufficient to satisfy any judgment rendered in this action against URS MIDWEST, INC. and TODD R. SCHRAM plus interest and costs.

Co-Defendants
URS MIDWEST, INC. and
TODD R. SCHRAM
By their attorneys,

Kenneth A. Schreiber, #3571
SCHREIBER & SCHREIBER
37 Sockanosset Cross Road
Cranston, RI 02920
401-781-2000

CERTIFICATION

I hereby certify that I caused a true copy of the within Cross-Claim to be mailed, postage prepaid, to John R. Mahoney, Esq, Asquith & Mahoney, LLP, 158 South Main Street, 2nd Floor, Providence, Rhode Island 02903 and Kevin J. Flannery, Esq., Law Office of James V. Murray, 10 Amica Center Boulevard, Building 10, 1st Floor, Lincoln, Rhode Island, 02865 on this 6th day of February, 2006.