UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID DISNEY and<br>KATHLEEN L. DISNEY | : | |
| v | : | C.A. No. 05-511-S |
| BETHANY THORTON,<br>LAUREA B. THORTON,<br>TODD R. SCHRAM and<br>URS MIDWEST, INC., d/b/a<br>URS AUTO | : | |

CO-DEFENDANTS', TODD R. SCHRAM and URS MIDWEST, INC., MOTION TO AMEND CROSS-CLIAM

Now come the co-defendants, TODD R. SCHRAM (hereafter "SCHRAM") and URS MIDWEST, INC. (hereafter "URS"), in the above-captioned matter and hereby move for an Order amending the Cross-claim in the manner and form attached hereto granting the following:

1. That the original Cross-Claim, filed on December 27, 2005, be amended to add Count II for loss of business income suffered by co-defendants SCHRAM and URS as to co-defendants BETHANY THORTON and LAUREA B. THORTON. In support of said request, Co-Defendants attach supporting Memorandum.

AMENDED CROSS-CLAIM

Now come the co-defendants, TODD R. SCHRAM and URS MIDWEST, INC., and set forth the following as and for its cross-claim against co-defendants, BETHANY THORTON and LAUREA B. THORTON:

COUNT I – PROPERTY DAMAGE

1. These co-defendants allege that the actual and proximate cause of the plaintiffs' accident and alleged injuries are due to the negligent conduct of co-defendants, BETHANY THORTON and LAUREA B. THORTON

and plaintiffs DAVID DISNEY and KATHLEEN L. DISNEY.

2. These co-defendants allege that they suffered the sum of approximately ONE HUNDRED THOUSAND ($100,000.00) DOLLARS in property damage and other incidental expenses relating to this accident and allege that said sums were expended as the result of the negligence of co-defendants BETHANY THORTON and LAUREA B. THORTON and plaintiffs DAVID DISNEY and KATHLEEN L. DISNEY.

WHEREFORE co-defendants, URS MIDWEST, INC. and TODD R. SCHRAM hereby demand judgment against co-defendants BETHANY THORTON and LAUREA B. THORTON, in the amount of ONE HUNDRED THOUSAND ($100,000.00) DOLLARS, plus interest and costs.

COUNT II – LOSS OF BUSINESS INCOME

1. These co-defendants allege that the actual and proximate cause of the plaintiffs' accident and alleged injuries are due to the negligent conduct of co-defendants, BETHANY THORTON and LAUREA B. THORTON and plaintiffs, DAVID DISNEY and KATHLEEN L. DISNEY.

2. These co-defendants allege that they suffered a loss to business income and other incidental expenses relating to this accident and allege that said sums were expended as the result of the negligence of co-defendants BETHANY THORTON and LAUREA B. THORTON and plaintiffs DAVID DISNEY and KATHLEEN L. DISNEY.

WHEREFORE defendants, URS MIDWEST, INC. and TODD R. SCHRAM hereby demand judgment against co-defendants BETHANY THORTON and LAUREA B. THORTON, in an amount, when coupled with Count I, of ONE HUNDRED THOUSAND ($100,000.00) DOLLARS, plus interest and costs.

COUNT III – INDEMNITY

1. These co-defendants allege that the actual and proximate cause of the plaintiffs' accident and alleged injuries are due to the negligent conduct of co-defendants, BETHANY THORTON and LAUREA B. THORTON and plaintiffs, DAVID DISNEY and KATHLEEN L. DISNEY.

2. In the event that judgment is rendered against these defendants, TODD R. SCHRAM and/or URS MIDWEST, INC., it prays that the Court direct said co-defendants BETHANY THORTON and LAUREA B. THORTON to indemnify and hold these defendants harmless for the entire amount of said judgment as any injuries suffered by plaintiffs were caused by their acts or omissions and/or the negligence of co-defendants BETHANY THORTON and LAUREA B.THORTON. Alternatively, in the event that judgment is rendered against these co-defendants after a finding of comparative negligence, co-defendants THORTON shall pay co-defendants SCHRAM and URS their pro rata share of said judgment.

WHEREFORE defendants, URS MIDWEST, INC. and TODD R. SCHRAM hereby demand judgment against co-defendants BETHANY THORTON and LAUREA B. THORTON, in the amount sufficient to satisfy any judgment rendered in this action against URS MIDWEST, INC. and TODD R. SCHRAM plus interest and costs.

Co-Defendants
URS MIDWEST, INC. and
TODD R. SCHRAM
By their attorneys,

Kenneth A. Schreiber, #3571
SCHREIBER & SCHREIBER
37 Sockanosset Cross Road
Cranston, RI 02920
401-781-2000

CERTIFICATION

I hereby certify that I caused a true copy of the within Cross-Claim to be mailed, postage prepaid, to John R. Mahoney, Esq, Asquith & Mahoney, LLP, 158 South Main Street, 2nd Floor, Providence, Rhode Island 02903 and Kevin J. Flannery, Esq., Law Office of James V. Murray, 10 Amica Center Boulevard, Building 10, 1st Floor, Lincoln, Rhode Island, 02865 on this 6th day of February, 2006.

[signature]