UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID DISNEY and
KATHLEEN L. DISNEY

VS. C.A. NO.: 05-511 – S

BETHANY THORTON,
LAUREA B. THORTON,
TODD R. SCHRAM and
URS MIDWEST, INC. d/b/a
URS AUTO

**DAVID DISNEY and KATHLEEN L. DISNEY's REPLY TO COUNTER-CLAIM OF TODD R. SCHRAM and URS MIDWEST, INC.**

COUNT I – PROPERTY DAMAGE

1. The counter-claim defendants, David Disney and Kathleen L. Disney, deny that they were negligent and do not have sufficient facts to admit all other allegations contained in paragraphs 1 and 2 of Count I of the Counter-claim and leave the counter-claim plaintiffs to their proof of same.

COUNT II – LOSS OF BUSINESS INCOME

2. The counter-claim defendants deny that they were negligent and do not have sufficient facts to admit or deny the remaining allegations contained in paragraphs 1 and 2 of Count II of the Counter-claim and leave the counter-claim plaintiffs to their proof of same.

COUNT III – INDEMNITY

3. The counter-claim defendants deny that they were negligent and do not have sufficient facts to admit or deny the remaining allegations contained in paragraphs 1 and 2 of Count III of the Counter-claim and leave the counter-claim plaintiffs to their proof of same.

FIRST AFFIRMATIVE DEFENSE

4. The counter-claim plaintiff, Todd R. Schram, fails to state a claim upon which relief can be granted.

SECOND AFFIRMATIVE DEFENSE

5. The damages, if any, sustained by the counter-claim plaintiff were caused by and through their negligence and the negligence of the co-defendants.

WHEREFORE, the counter-claim defendants, David Disney and Kathleen L. Disney, demand judgment against the counter-claim plaintiffs, plus costs.

DAVID DISNEY and KATHLEEN L. DISNEY,
BY THEIR ATTORNEY,

JOHN R. MAHONEY, ESQ. - #1940
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353 – Telephone
(401) 331-7373 – Fax

THE COUNTER-CLAIM DEFENDANTS REQUEST A TRIAL BY JURY.

CERTIFICATION

I hereby certify that on the 15th day of February, 2006 I mailed a true copy of the within to Kevin J. Flannery, Esq., Law Offices of James V. Murray, 10 Amica Center Boulevard, Building 10, 1st Floor, Lincoln, RI 02865 and to Kenneth A. Schreiber, Esq., Schreiber & Schreiber, 37 Sockanosset Cross Road, Cranston, RI 02920.

Lisa Ann Soucy