UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
MAR 01 2006
Property of U.S. District Court
District of Rhode Island

DAVID DISNEY and
KATHLEEN L. DISNEY

v C.A. No. 05-511-S

BETHANY THORTON,
LAUREA B. THORTON,
TODD R. SCHRAM and
URS MIDWEST, INC., d/b/a
URS AUTO

**AMENDED ORDER**

This matter came on for a Rule 16 Pre-Trial conference on the 8th day of February, 2006 before the Honorable United States District Court Judge Smith and after conference thereon and in consideration thereof, it is hereby

**ORDERED, ADJUDGED & DECREED**

1. Co-Defendants, TODD R. SCHRAM and URS MIDWEST, INC's Motion to Amend Cross-Claim against Co-Defendant BETHANY THORTON and LAUREA B. THORTON is hereby granted.

2. Co-Defendants, TODD R. SCHRAM and URS MIDWEST, INC's Motion to Allow a Counter-Claim against Plaintiff is hereby granted.

Entered as an Order of this Honorable Court this ____ day of ____________, 2006.

ENTER:

SMITH, JUDGE
3/2/06

PER ORDER:

CLERK

PRESENTED BY:

Co-Defendants
URS MIDWEST, INC. and
TODD R. SCHRAM
By their attorneys,

Kenneth A. Schreiber /s/

Kenneth A. Schreiber, #3571
SCHREIBER & SCHREIBER
37 Sockanosset Cross Road
Cranston, RI 02920
401-781-2000

## CERTIFICATION

I hereby certify that I caused a true copy of the within Cross-Claim to be mailed, postage prepaid, to John R. Mahoney, Esq, Asquith & Mahoney, LLP, 158 South Main Street, 2nd Floor, Providence, Rhode Island 02903 and Kevin J. Flannery, Esq., Law Office of James V. Murray, 10 Amica Center Boulevard, Building 10, 1st Floor, Lincoln, Rhode Island, 02865 on this 28th day of February, 2006.