UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID DISNEY and<br>KATHLEEN DISNEY | : | |
| v | : | C.A. No. 05-511S |
| BETHANY THORNTON, LAUREA<br>B. THORNTON, TODD R. SCHRAM<br>and URS MIDWEST, INC. d/b/a<br>URS AUTO | : | |

ENTRY OF APPERANCE

I hereby enter my appearance for the Co-Defendants URS MIDWEST, INC and TODD R. SCHRAM.

Co-Defendants,
Todd Schram & URS, Inc.,
By their Attorney,

/s/ Rui P. Alves (9/6/06)

SCHREIBER & SCHREIBER
Rui P. Alves (#7262)
37 Sockanosset Crossroad
Cranston, RI 02920
Tel. 401-781-2000
Fax. 401-943-0800
Email: Ruipalves@gmail.com