UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID DISNEY and<br>KATHLEEN DISNEY | :<br>:<br>: | |
| v | : | C.A. No. 05-511S |
| BETHANY THORNTON, LAUREA<br>B. THORNTON, TODD R. SCHRAM<br>and URS MIDWEST, INC. d/b/a<br>URS AUTO | :<br>:<br>:<br>:<br>: | |

AMENDED (ASSENTED TO) MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS and DISCOVERY

Now come the co-defendants, TODD SCHRAM and URS MIDWEST, INC. (hereafter referred "SCHRAM" or "URS" respectively) hereby move this Honorable Court grant co-defendants motion to extend time to file dispositive motions and discovery. This matter came before this Court for a Rule 16 Pre-Trial confrence on the 8th day of February, 2006 before the Honorable United States District Court Judge Smith. Pursuant to paragraph 3 of the PRETRIAL ORDER (hereafter the "ORDER") enter by this Court on February 8, 2006, all dispositive motions will be filed by September 8, 2006. Furthermore, pursuant to paragraph 1 of the ORDER fact discovery will on June 6, 2006. Plaintiffs have noticed further depositions for the month of September. Therefore, it is necessary that the testimony of the two scheduled deponents be made available to the defendants prior to filing of dispositive motions. Plaintiffs, DAVID DISNEY and KATHLEEN DISNEY and co-defendants BETHANY THORNTON AND LAUREA B. THORNTON have through their respective counsel assented to said motion. Co-Defendants SCHRAM and URS propose that factual Discovery close by October 6, 2006 and that dispositive motions must be filed by October 27, 2006.

Co-Defendants,
Todd Schram & URS, Inc.,
By their Attorneys,

/s/ Kenneth A. Schreiber
/s/ Rui P. Alves
SCHREIBER & SCHREIBER
Kenneth A. Scherbier (#3071)
Rui P. Alves (#7262)
37 Sockanosset Crossroad
Cranston, RI 02920
Tel. 401-781-2000
Fax. 401-943-0800
Email:schreiber@schreiber.nexcoxmail.com
Email: Ruipalves@gmail.com

Plaintiffs,
David Disney and Kathleen Disney,
By their Attorney,

/s/ John R. Mahoney
ASQUITH & MAHONEY, LLP
John R. Mahoney (#1940)
155 South Main Street, 2nd Floor
Providence, RI 02903
Tel. 401-331-5353
Fax. 401-331-7373

Co-Defendants
Bethany Thornton and Laurea B. Thornton
By their Attorney,

/s/ Kevin J. Flannery
LAW OFFICES OF JAMES V. MURRAY
Kevin J. Flannery (#4025)
10 Amica Center Boulevard
Building 10, 1st Floor
Lincoln, RI 02865
Tel. 401-861-2840
Fax. 401-272-1736