**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DAVID DISNEY and KATHLEEN L. DISNEY** | ) | |
| | ) | |
| **vs.** | ) | **C.A. NO.: 05-511S** |
| | ) | |
| **BETHANY THORNTON, LAUREA B. THORNTON, TODD R. SCHRAM and URS MIDWEST, INC. d/b/a URS AUTO** | ) | |

**DISMISSAL STIPULATION**

By agreement of the parties, all claims in the above-captioned matter are hereby dismissed with prejudice, no interest, no cost.

Plaintiffs,
David Disney and Kathleen Disney,
By their Attorney,

/s/ John R. Mahoney
John R. Mahoney, Esq., #1940
ASQUITH & MAHONEY, LLP
155 South Main Street, 2nd. Floor
Providence, RI 02903
Phone: (401) 331-5353
Fax: (401) 331-7373
Email: jackmahoney@amlawllp.com

Co-Defendants,
Todd Schram & URS, Inc.,
By their Attorneys,

/s/ Kenneth A. Schreiber
/s/ Rui P. Alves
Kenneth A. Schreiber, Esq., #3507
Rui P. Alves, Esq., #7262
SCHREIBER & SCHREIBER, P.C.
37 Sockanosset Cross Road
Cranston, RI 02920
Phone: (401) 781-2000
Fax: (401) 943-0800
Email: Schreiber@schreiber.necoxmail.com
Email: Ruipalves@gmail.com

Co-Defendants
Bethany Thornton and Laurea B. Thornton
By their Attorney,

/s/ Kevin J. Flannery
Kevin J. Flannery, Esq., #4025

LAW OFFICES OF JAMES V. MURRAY
10 Amica Center Boulevard
Building 10, 1st Floor
Lincoln, RI 02865
Phone: (401) 861-2840
Fax: (401) 272-1736
Email: kflannery@amica.com

Dated: November 3, 2006